# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137053

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                              SC: 137053
                                               COA: 285424
                                               Wayne CC: 06-011621

NATHANIEL HAYNES,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020